In the Matter of DEBORAH BUSH, Appellant, v DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted May 31, 2011; decided June 30, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]). Motion for poor person relief dismissed as academic.